JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILLIAN JOSEPH GINSBERG, an individual, and LOREN SARA ELKINS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: CV 25-2662-MWF(JPRx)<br><br>**ORDER GRANTING STIPIULATION OF DISMISSAL** |

The Court has considered the parties' Stipulation of Dismissal. (Docket No. 12). For good cause shown, the Stipulation is GRANTED. The entire action, including all claims and counterclaims stated herein against all parties, is hereby DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: September 11, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge